UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FERN HERBERT, | Case No.  C07-1126B |
| Plaintiff, | |
| v. | MOTION FOR ORDER OF DEFAULT |
| ASSOCIATED CREDIT SERVICE, INCORPORATED, | (Clerk's Action Required) |
| Defendant. | |

Comes now Plaintiff, FERN HERBERT, by and through her attorney of record, Christina M. Latta of Seattle Debt Law, LLC and moves for entry of a default judgment against the Defendant, ASSOCIATED CREDIT SERVICE, INCORPORATED, pursuant to Civil Rule 55.

1. The Defendant is a corporation that resides in the judicial district of the court.

2. This action was filed on July 19, 2007.

3. In accordance with Fed. R. Civ. P. 4, the Plaintiff had the summons and complaint personally served on the Defendant's registered agent for service of process, Eric Solberg, 12815 E. Sprague Ave #200, Spokane, WA 99216 on August 2, 2007. An Affidavit of Service was filed with the Court via ECF on August 10, 2007 (Document NO.: 5).

4. An Amended Complaint was filed on August 3, 2007 and was served on the Defendant's registered agent and attorney Paul Wasson on August 8, 2007 via first class mail. An Affidavit of Service was filed with the Court via ECF on August 10, 2007 (Document No. 6).

5. The Defendant has not appeared in this action and has not filed or served an appearance on the Plaintiff.

6. An answer has not been filed to Plaintiff's Original or Amended Complaint.

7. The Defendant is not a minor, incompetent, or in the military service.

THIS MOTION is based on CR 7(d)(1) and the records and files herein.

DATED this 14th day of September, 2007.

SEATTLE DEBT LAW, LLC

    */s/ Christina M. Latta*
Christina Latta, WSBA 31273
Attorney for Plaintiff