IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

FERN HERBERT,
        Plaintiff,
vs.
ASSOCIATED CREDIT SERVICE, INCORPORATED,
        Defendant.

Case No. C07-1126RSM

ORDER OF DEFAULT

THIS MATTER having come on for consideration on the motion of the PLAINTIFF, and the Clerk having reviewed the records and files herein, it is hereby

ORDERED that DEFENDANT ASSOCIATED CREDIT SERVICE INCORPORATED is in default.

DATED this 17th day of SEPTEMBER, 2007.

_____

Bruce Rifkin

Clerk, U.S. District Court

ORDER OF DEFAULT - 1